# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGE GOODRITZ,<br><br>  Plaintiff,<br><br>v.<br><br>CENTRAL BOARDWALK PARKING, LLC,<br><br>  Defendant. | Civil Action No. 1:17-cv-05027-RMB-KMW<br><br>CIVIL ACTION |

## VOLUNTARY DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, George Goodritz, hereby dismisses the above-captioned action in its entirety, with prejudice.

/s Franklin J. Rooks Jr.
**Franklin J. Rooks, Jr. Esq.**
**Attorney for Plaintiff**


Dated: September 5, 2017